| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: ANNE Y. SHIELDS<br>             U.S. MAGISTRATE JUDGE | DATE: 4/24/19<br>TIME: 1:30 PM |

CASE:  **CV 15-3398 (JFB) (AYS)** Valladares, et al v. Glen Cove Diner, LLC et al

TYPE OF CONFERENCE: Telephone

APPEARANCES:    Plaintiff    Steven Moser

                Defendant    Michael Giampilis

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   Settlement conference scheduled for __ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐   Proposed settlement pending:  By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement.  These letters will be kept confidential.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

X   Other:**Rulings by the Court:**

Based on Plaintiff's counsel's inability to communicate with Plaintiff Sanchez, Plaintiff's counsel is granted leave to move to withdraw as counsel for Mr. Sanchez.  Upon receipt of Plaintiff's counsel's motion to withdraw, Mr. Sanchez shall notify the Court, in writing, within thirty (30) days, whether he would like to: (1) keep Mr. Moser as his attorney; (2) represent himself in this action; or (3) obtain a new attorney.

All discovery is extended until July 31, 2019.  Plaintiff's counsel is permitted one additional deposition of Defendants, not to exceed one hour, on the limited issue of whether Defendants reached an out of court settlement with Plaintiff Sanchez.

Mr. Moser shall serve a copy of this Order on Mr. Sanchez by certified mail at his home address and shall file proof of service on the docket sheet.

SO ORDERED

/s/ Anne Y. Shields
ANNE Y. SHIELDS
United States Magistrate Judge