CERTIFICATE OF SERVICE

RE: Valladares v. Glen Cove Diner, 15-CV-03398 (RRM)(AYS)

The undersigned, a member of the Bar of this Court, hereby certifies that on June 28, 2019, he caused a true and correct copy of -

    The annexed docket order dated June 21, 2019

Via USPS first class mail upon Plaintiff Daniel Sanchez at his last known address as follows -

    Daniel Sanchez
    21 Capobianco Street
    Glen Cove, NY 11542

Dated: Glen Cove, NY
         June 21, 2019

*Steven J. Moser*
Steven J. Moser

Steven Moser

| | |
|---|---|
| From: | ecf_bounces@nyed.uscourts.gov |
| Sent: | Tuesday, June 18, 2019 3:09 PM |
| To: | nobody@nyed.uscourts.gov |
| Subject: | Activity in Case 2:15-cv-03398-RRM-AYS Valladares et al v. Glen Cove Diner, LLC et al Order on Motion to Withdraw as Attorney |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 6/18/2019 at 3:09 PM EDT and filed on 6/18/2019
**Case Name:** Valladares et al v. Glen Cove Diner, LLC et al
**Case Number:** 2:15-cv-03398-RRM-AYS
**Filer:**
**Document Number:** No document attached

Docket Text:
**ORDER granting [54] Motion to Withdraw as Attorney: By Order dated June 10, 2019, Defendants were granted until June 14, 2019 to file any opposition to Plaintiff's motion to withdraw and to compel. Defendants were warned that failure to oppose Plaintiff's application by June 14, 2019 would result in this Court deeming the application unopposed. No opposition having been filed, this Court grants Plaintiff's letter motion as unopposed. For the reasons set forth in the letter motion, Plaintiff's counsel's application to withdraw as counsel for Plaintiff Daniel Sanchez is granted. Mr. Sanchez is afforded thirty days (30) to obtain new counsel or to notify the Court that he no longer wants to proceed with this action. In addition, Plaintiff's motion for reconsideration of this Court's prior discovery rulings is granted. Defendants shall produce to Plaintiff's counsel, within ten (10) days, all documents concerning any payments made by Defendants or their representatives to Plaintiff Sanchez only at any time since the commencement of this action. Moreover, with respect to the limited deposition of Byron Voutsinas already granted by this Court, Plaintiff's counsel is permitted to inquire into the veracity of certain statements made to Plaintiff Sanchez by Voutsinas and his counsel, as set forth in Plaintiff's letter motion. Plaintiffs' counsel is directed to serve a copy of this Order on Plaintiff Sanchez, and to file proof of service on the docket sheet, by June 21, 2019. Attorney Steven John Moser terminated. So Ordered by Magistrate Judge Anne Y. Shields on 6/18/2019. (Minerva, Deanna)**

1

**2:15-cv-03398-RRM-AYS Notice has been electronically mailed to:**

Michael P. Giampilis     mgiampilis@giampilislaw.com, giampilis@aol.com

Steven John Moser     smoser@moseremploymentlaw.com, jmoser@moseremploymentlaw.com, records@moseremploymentlaw.com

**2:15-cv-03398-RRM-AYS Notice will not be electronically mailed to:**

Daniel Sanchez

2