## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2021, I caused to be delivered, via first class mail, courtesy of the United States Postal Service, the attached ORDER TO SHOW CAUSE upon Daniel Sanchez at his address of record which is as follows:

Daniel Sanchez
21 Capobianco Street
Glen Cove, NY 11542

Dated: Huntington, New York
September 10, 2021

_____
Steven John Moser, Esq. (SM1133)

# Moser Law Firm ECF Bounces

**From:** ecf_bounces@nyed.uscourts.gov
**Sent:** Tuesday, September 7, 2021 10:27 AM
**To:** nobody@nyed.uscourts.gov
**Subject:** Activity in Case 2:15-cv-03398-RRM-AYS Valladares et al v. Glen Cove Diner, LLC et al Order to Show Cause

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 9/7/2021 at 10:27 AM EDT and filed on 9/7/2021
**Case Name:** Valladares et al v. Glen Cove Diner, LLC et al
**Case Number:** 2:15-cv-03398-RRM-AYS
**Filer:**
**Document Number:** No document attached

Docket Text:
**ORDER TO SHOW CAUSE: Pro se plaintiff Daniel Sanchez is directed to show cause in a writing filed on or before 9/24/2021 why his claims should not be dismissed for his failure to prosecute this action. Plaintiff is warned that his failure to respond to this order may result in dismissal of his claims without further notice. Plaintiffs' counsel is directed to mail a copy of this Order to Show Cause to plaintiff Sanchez and to note the mailing on the docket sheet. Ordered by Judge Roslynn R. Mauskopf on 9/7/2021. (Caspari, Alexander)**

**2:15-cv-03398-RRM-AYS Notice has been electronically mailed to:**

Michael P. Giampilis    mgiampilis@giampilislaw.com, giampilis@aol.com

Steven John Moser (Terminated)    smoser@moseremploymentlaw.com, ECFBounces@moserlawfirm.com

Patrick Michael McKenna    pmck@mckennaadr.com

**2:15-cv-03398-RRM-AYS Notice will not be electronically mailed to:**

Daniel Sanchez